```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ANNE PINGS
    Assistant U.S. Attorney
 3  501 I Street
    Sacramento, California 95818
 4  Telephone: (916) 554-2785
```

FILED

JAN 3 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-0042 EJG |
| Plaintiff, | |
| v. | VIOLATION: 18 U.S.C. § 1832 - Theft of Trade Secrets |
| ALLEN W. COTTEN, | |
| Defendant. | |

I N F O R M A T I O N

COUNT ONE:    [18 U.S.C. § 1832 - Theft of Trade Secrets]

   The United States Attorney charges:

                    ALLEN W. COTTEN,

defendant herein, beginning on or about February 11, 2004, until on or about February 6, 2006, in the Eastern District of California, with the intent to convert trade secrets that are related to, and included in, a product that is produced for and placed in interstate and foreign commerce, i.e., plans, designs, and specifications for the manufacture of detector logarithmic video amplifiers (DLVAs) and successive detection logarithmic video amplifiers (SDLVAs), to the economic benefit of persons other than the trade secrets' owner, and

1 knowing and intending that the offense would injure any owner of
2 those trade secrets, without authorization did knowingly steal,
3 appropriate, take, carry away, and without authorization did copy,
4 duplicate, download, replicate, transmit, deliver, send, communicate,
5 convey, and possess such information knowing them to have been stolen
6 or appropriated or converted without authorization, in violation of
7 Title 18, United States Code, Section 1832(a).

_____
ANNE E. PINGS
Assistant United States Attorney

2:08 - CR - 0 0 4 2 EJG

PENALTY SLIP
ALLEN W. COTTEN

COUNT 1:        18 U.S.C. §1832 - Theft of Trade Secrets

PENALTY:        Not more than 10 years Imprisonment,
                Not more than $250,000 fine, or both
                TSR of not more than 3 years

PENALTY
ASSESSMENT:     $100.00 Each Count